# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-789
Lower Tribunal No. 21-12469 SP
_____

## Black Diamond Funding Ventures (LLC),
Appellant,

vs.

## First Protective Insurance Company,
Appellee.

An Appeal from the County Court for Miami-Dade County, Linda Singer Stein, Judge.

Twig, Trade, & Tribunal, PLLC, and Morgan L. Weinstein (Ft. Lauderdale), for appellant.

Lydecker, LLP, Michelle Diverio, and Alejandro Sanchez Parraga, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Kidwell Grp., LLC v. United Prop. & Cas. Ins. Co.</u>, 343 So. 3d 97 (Fla. 4th DCA 2022) (affirming dismissal of complaint with prejudice where assignment failed to comply with section 627.7152); <u>Kidwell Grp., LLC v. Olympus Ins. Co.</u>, 346 So. 3d 658, 659-660 (Fla. 5th DCA 2022) (same); and <u>Air Quality Experts Corp. v. Family Security Insurance Co.</u>, 2022 WL 17479945 (Fla. 4th DCA 2022) (same).